Commonwealth, Appellant, *v.* Pascuzzi.

Submitted November 13, 1974. *James K. Angell*, District Attorney, for Commonwealth, appellant; *Richard W. Mutzabaugh*, and *Mutzabaugh & Mutzabaugh*, for appellee.

Order affirmed.

Commonwealth *v.* Pattie, Appellant.

Submitted December 2, 1974. *William F. Ochs, Jr.*, Assistant Public Defender, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.